**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-603**

---

In Re: ESTELLA PRADE; JAMES JACKSON,

Petitioners.

---

On Petition for Writ of Mandamus. (CA-94-18-3)

---

Submitted: February 25, 1997          Decided: March 5, 1997

---

Before WIDENER, WILKINS, and HAMILTON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Estella Prade, James Jackson, Petitioners Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Estella Prade and James Jackson petition this court for a Writ of Mandamus directing Judge Robert Maxwell to grant petitioners' motion to amend their complaint and grant them an expedited trial in connection with their civil action filed in Judge Maxwell's court against the law firm of Jackson & Kelly. We note that subsequent to the filing of this petition, the district court issued a decision granting summary judgment to Jackson & Kelly in Prade v. Jackson & Kelly, No. CA-94-18-3 (N.D. W. Va. Oct. 16, 1996). That decision renders moot petitioners' request for the relief specified. Accordingly, we grant petitioners' motion to proceed in forma pauperis, but their petition for mandamus relief is denied.

PETITION DENIED

2